IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TRISHA MELINDA JONES-COLTON, | * |
| Plaintiff, | * |
| v. | Case No. 1:18-CV-175 (LAG) |
| | * |
| AUTRY STATE PRISON, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 6, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 6th day of May, 2019.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk